**Order entered August 18, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00183-CV

## IN THE INTEREST OF L.J.H., A CHILD

## AND

## IN THE INTEREST OF I.D.H. AND M.D.H., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85395**

## ORDER

Before the Court is appellees' August 17, 2021 second motion for extension of time in which to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 19, 2021. Because this is an accelerated appeal in a parental termination case, we caution that further extensions will not be granted absent exigent circumstances.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE